RECEIVED
SDNY PRO SE OFFICE
2017 SEP 13 PM 4:00

**TO:**

United States Court Southern District of New York
**Honorable Ronald L.Ellis**
U.S.Magistrate Judge
500 Pearl Street
New York,NY 10007




Henareh Siavosh
Reg.NO.65976-054
case NO:S1-11-cr-93(JSR)
14-cv-7145(JSR)
U.S.Penitentiary
3901 Klein BLVD.
Lompoc,CA 93436

Dear Sir Mr. Ronald L.Ellis;

I am writing this letter to you in order to **request** Compassionate release for the following reason:

(1).my wife,the only caregiver for her,and her over 80 year old mother,and for us minor son;

(2).Now both,my wife and her mother,are bed ridden and only my minor child is there to care for them both.

On June 18,2017 in bucharest Romania my wife Steluta Henareh had a **stroke**,which paralazed the right side of her body,and she is unable to talk.

Neither myself,nor my wife,have any other family in Bucharest,Romania, who can care for either my Mother-in law my wife and my son.

my wife only has 81 year old mother and all my family lives in Iran and Sweden and can't go to Romania.

After I was arrest in Bucharest Romania on July 25,2011.My wife Steluta Henareh found and had a job making the equivalent of **$ 300** U.S.Dollar,and now that she can't work there is absolutely no money coming in.My son placed a note on the front door that says help us, and various neighbors come by and drop off food.

This current situation can't last much longer.Please help me.

my wife and I own a house in Romania the address is Liberty BLVD.NO.12 blding 113 entrar 3.Floor 2.Apt 51.Sector 4. Bucharest,Romania phone 0040 31 808 24 54.

I completed medical school in Romania,and have a degree in general medicine and specialized in general surgery,and herbal medicine.

Once released I could get a job within the first week in order to provide for my family in Romania or we could go to another country.

In conclusion,I seek the compassionate release to help my wife over this,as well as to help provide for my mother-in-law and support my son as well.

I have attached my wife medical paperwork,and a letter I received from my wife to you,as well as from her employer.

CC:File

Address;
Steluta Henareh
Bd.Libertatii,Nr.12 Bloc 113 Sc.3,
etaj 2,Apt.51 Sector 4.
Bucharest Romania.

Sincerely

Henareh Siavosh
# 65976-054
United States
Penitentiary Lompoc
3901 Klein BLVD.
Lompoc,CA 93436

Thank you
september 7. 2017




*Translation from Rumanian*

**TO;**

**MAGISTRATE JUDGE**

**Ronald L. Ellis**

I, STELUTA HENAREH (formerly RUJOIU), residing in Bucharest, Bd. Libertatii, Nr. 12, Bloc 113, Sc. 3, Etaj 2, Apt. 51, sector 4, BUCHAREST, ROMANIA, holder of ID Card Series RT, number 662338, issued on October 15, 2009, valid until August 26, 2019, wife of detained SIAVOSH HENAREH, REGISTRATION NO. 65976-054, incarcerated in USP LOMPOC, 3901 KLEIN BLVD, LOMPOC, CA 93436, USA,

dare to impose upon your time and apologize for any inconvenience, but in these difficult times, you are the only person I could ask for help.

I have been married to Siavosh Henareh since 1992 and we have known each other since 1987 - this year we celebrated 30 years of being together. We have a boy named SIAMAND HENAREH, born on December 3, 2004, who is a student in the sixth grade.

The drama of our family started six years ago, precisely on July 25, 2011, when my husband was arrested. I suffered a great shock because, knowing him for 30 years, it was inconceivable to accept the accusations that were brought against him, and especially the many years of detention he was sentenced to. After being extradited to the United States, on November 17, 2011, I had to take over the role he played in our family. I was unemployed at that time and with health problems, with a child traumatized after his father was handcuffed and arrested in front of him, and without friends and acquaintances, because everyone turned their backs on us. I had to urgently find a job as close as possible to our home so that I could quickly take and bring my child to/from school, and be able to get home in case of emergency (my mother is old and has a heart condition).

I have a BSc in Psychology-Sociology, but I had to learn primary accounting and secretarial skills, because this was the work I found. I had knowledge concerning the issues outlined above, but the salary was low, about $250. Currently, till June 2017, my salary is $300. This income has never covered the necessary expenses for us, always being indebted, especially concerning the building utilities.

Like any mother, I tried to provide what was necessary for my child: food, clothing and the items necessary for school; the rest was not important. I knew I had debts, and although this bothered me, I also knew I could not even send my child on a short trip - not to mention vacation - and that hurt me. Not to mention I wasn't even thinking about expenses for myself. All of this had been accumulating, and on the night of June 18, 2017, I suffered a stroke. As a result, I no longer speak well and I cannot use my right hand (neither for handwriting nor for typing on a computer). I have panic attacks, and I cannot walk for long periods of time; everything is different. Basically, I can no longer do anything as before.



My half-sister by my mother (whose husband suffers from diabetes and cannot move), my colleague at work, and the neighbors helped me. They accompanied me to examinations after I got out of the hospital because my relatives live in other cities. But everyone has their own problems and they cannot always help me, nor do I want that. My mother got worse; she is 81 and cannot do anything anymore; she has not left the house for three years. We are desperate because we do not know how we are going to live and survive. My mother's pension is $200, out of which $120 a month go toward medication expenses.

More than ever, we need my husband - his presence, his moral and material support. He is the ONLY one who can help us. This is why I am asking you to support us by facilitating the release of Siavosh Henareh, because our son is still underage, I am sick, and our situation is very difficult.

I dictated these thoughts which my son typed on the computer and, because I cannot write, I did not sign this document.

Thank you very much for your time. All our hopes are with God and you.

RESPECTFULLY,
HENAREH STELUTA

July 25, 2017

---

*This is a true translation from Rumanian to English.*
*Uppsala 23 August 2017,*

Zarouhi Papazians

*Zarouhi Papazians*
*Uppsalatolkarna AB*
*Olof Palmes plats 8*
*SE 753 21 Uppsala*
*Sweden*
*Tfn +46 18 107710*
*www.uppsalatolkarna.com*

**CATRE;**

**MAGISTRATE JUDGE**

**Ronald L.Ellis**

Subsemnata HENAREH STELUTA (fosta RUJOIU),domiciliata in Bucuresti,Blv.Libertatii,Nr.12,Bloc 113,Sc.3,etaj 2,apartament 51,sector 4,BUCURESTI,ROMANIA,posesoare a C.I.seria RT numar 662338,eliberata la data de 15.10.2009 ,valabila pana la data de 26.08.2019,sotia detinutului HENAREH SIAVOSH ,REGISTRU NR.65976-054, Incarcerat in USP LOMPOC , 3901 KLEIN BLVD, LOMPOC, CA 93436,SUA

Indraznesc sa ma adresez Dvs.,cerandu-mi scuze pentru deranj ,pentru ca va rapesc din timpul dvs.dar in aceste momente dificile prin care trec sinteti singurele persoane carora as putea sa le cer ajutor.

Sunt casatorita cu Henareh Siavosh din anul 1992 si ne cunoastem din anul 1987-anul acesta se implinesc 30 de ani de cand suntem impreuna.Avem un baiat HENAREH SIAMAND ,nascut la data de 3decembrie 2004,care este elev in clasa a VI-a.

Drama familiei noastre a inceput acum 6 ani,mai exact pe data de 25 iulie 2011,cand sotul meu a fost arestat.Am suferit un soc mare pentru ca cunoscandu-l de 30 de ani pentru mine este de neconceput sa accept acuzatiile care i s-au adus si mai ales anii multi de detentie la care a fost condamnat.Dupa ce a fost extradat in SUA,in 17 noiembrie 2011,a trebuit sa preiau si rolurile pe care le avea el in familie.Fiind somera in acea perioada si cu probleme de sanatate,cu copilul traumatizat dupa ce tatal lui a fost incatusat de fata cu el si arestat ,fara prieteni si cunostinte caci toti ne-au intors spatele,a trebuit urgent sa gasesc un loc de munca cat mai aproape de casa pentru a putea sa ajung repede sa duc si sa aduc copilul de la scoala,si pentru a putea sa ajung acasa la nevoie-mama mea fiind in varsta si bolnava cardiaca.

Sunt licentiata in psihologie-sociologie dar am fost nevoita sa invat contabilitate primara si secretariat caci asta am gasit ,avand intelegere pentru aspectele aratate mai sus,dar un salariu mic de aproximativ 250 $-in pezent pana in luna iunie 2017 fiind de 300$.Acest venit nu a acoperit niciodata cheltuielile necesare pentru noi,ramnand mereu cu datorii mai ales la intretinere.Ca orice

mama am incercat sa asigur pentru copil cele necesare :hrana,imbracaminte si cele necesare pentru scoala apoi restul nu mai conta.Stiam ca am datorii desi acest lucru ma deranja,stiam ca nu pot sa trimit copilul nici macar intr-o excursie-nu mai vorbesc de vacante-si asta ma durea,despre mine nici nu mai amintesc.Toate acestea s-au acumulat ,iar in noaptea de 18 iunie 2017,am suferit un accident vascular cerebral in urma caruia nu mai pot sa vorbesc bine,nu mai pot sa folosesc la fel mana dreapta –sa scriu de mana si nici la calculator,am stari de panica ,nu mai pot sa ma deplasez pe distante mari, totul este altfel,practic nu mai pot sa fac nimic ca inainte.

M-au ajutat sora mea din partea mamei care al carui sot sufera de diabet si nu se poate deplasa ,colega mea de la servici ,vecinii care au mers cu mine sa fac investigatii dupa ce am iesit din spital, caci rudele mele locuiesc in alte orase .Dar fiecare om are problemele sale si nu poate sa ne ajute mereu,nici nu ne dorim asta.Mama mea s-a imbolnavit mai rau are 81 de ani si nu mai poate sa faca nimic,de 3ani nu mai iese din casa.Suntem disperati pentru ca nu stim din ce vom trai si cum ne vom descurca .Pensia mamei este de 200$ din care lunar 120$ costa medicamentele.

Mai mult decat oricand avem nevoie de sotul meu -de prezenta lui ,de sprijinul lui moral si material.NUMAI el ne poate ajuta.De acea ma adresez Dvs.cu rugamintea de a ne sprijini pentru ca Siavosh Henareh sa fie eliberat pentru ca fiul nostru este inca minor iar eu sunt bolnava,situatia prin care trecem fiind foarte grea.

Am dictat aceste ganduri pe care fiul meu le-a scris la calculator si din cauza ca nu pot sa scriu ,nu am semnat-o.

Va multumesc mult pentru timpul acordat si toate sperantele noastre sunt la Dumnezeu si la Dvs.

CU DEOSEBIT RESPECT,

25.iulie 2017

HENAREH STELUTA

*Spitalul Universitar de Urgenta Bucuresti*

LABORATOR HISTOPATOLOGIE

**Data examinarii 22.02.2011**

# Buletin Anatomo-Patologic

**NR: 69772 - 774**

| Cod prezentare | F.O. |
|---|---|
| 2823087 | 15381 |

| HENAREH STELUTA | | | F | 42 ani |
|---|---|---|---|---|
| Data nasterii 26.08.1968 | Act Carte de identitate RT 662338 | | Cod numeric personal 2680826451510 | |
| Prenume mama | Prenume tata | Adresa Str BLD. LIBERTATII Nr 12 | | Mediu URBAN |
| Telefon | Sector \ Judet 4 | Localitate BUCURESTI | | Tara ROMANIA |
| Ocupatie | | Loc de munca | | |

| Medic de familie | | Telefon | Cod parafa |
|---|---|---|---|
| Casa de asigurari Neasigurat-Bucuresti | Judet BUCURESTI | Carnet asigurare | Reducere |
| Adeverinta/talon | Observatii medicale | | |

| Venit din: SECTIE | Departament: OBSTETRICA GINECOLOGIE 2 Medic: MOLDOVAN DORINA |
|---|---|

**Diagnostic trimitere**

UTER FIBROMATOS. METRORAGII ABUNDENTE

.

1. Piesa trimisa: Fragment endometru.
2. Trimis de: Dr. Ina Moldovan
3. Data prelevarii:10.02.2011

..

**Examen la parafina:**

**Macroscopic:** Multiple fragmente de endometru insumand 4 cm.

**Diagnostic histopatologic:**

1. Hiperplazie complexa de endometru cu atipii.
2. Neoplazie intraepiteliala cervicala de grad inalt ( CIN2 ) cu atipii de tip HPV.

CANCER

**Medic: Dr. LAZAROIU ANCA**

**MEDIC SPECIALIST Anatomie patologica**
**Cod: 878452**

SPITALUL ... DE URGENTA BUCURESTI Laborator clinic ... logică



Operator Maria Magdalena Comnea

Tiparit la data 22.02.2011 12:16

NATIONAL INSTITUTE OF NEUROLOGY AND NEUROVASCULAR DISEASES

| NEUROLOGY 2 | *Blood type* |
|---|---|
| Telephone: 12311 | *Allergic to* |
| | *Rh:* |

(*Right hand side*) Round stamp (*partially legible*) Office of Neurology hospital admission, National Institute of Neurology (*illegible*) Ministry of public health

(*Right hand side*) Rectangular stamp (*partially legible*) Doctor Ghelmez D. (*illegible*), specialist physician neurosurgery, code D0369 (*illegible otherwise*)

## DISCHARGE SUMMARY

Hospital admission file number: 5977
Presentation code: 308398
Surname and name: HENAREH STELUTA
Age: 48 years Gender: Female
Locality: Bucharest County/Sector: 4
Address: 12 Libertatii Boulevard, building 113, apartment 51
Telephone: 0318082454

Date of admission: 18.06.2017 05:21 Date of discharge: 27.06.2017 11:10

**Diagnosis upon discharge:**
Ischemic AVC within the ACM field on the left-hand side, superficial with right-hand side hemiparesis and aphasy. Classic migraine. Hypertriglyceridemia. Urinary infection with Proteus

**Discharge summary:**
48-year old patient, known for having migraines since childhood, smoker (1/2-1 packages of cigarettes per day), is admitted to INNBN for motor deficit right-hand side hemibody and speech disorder of the aphasic type, symptoms installed during the morning of the day of the hospital admission (without being able to state the hour it started).

**Clinical and neurological examination upon admission:** TA 110/70mm Hg, AV 80 beats/minute, conscientious, cooperating, without cranial nerves deficits, abrupt motor deficit 4+/5 MRC, without coordination disorder, ROT bilaterally symmetrical, RCP in left-hand side flexion, right-hand side Babinski, right-hand side hemi-hypoesthesia, mixed aphasy predominantly expressive.

**Laboratory analysis**: triglyceride 221 mg/dl, WBC 13300/uL, VSH 35 mm/h – attached test results.

**Biochemistry of the urine**: white blood cells 250, protein 15 – Urine culture



TRADUCATOR AUTORIZAT DE MINISTERUL JUSTITIEI ERE ANGELA Aut. 12749 Engleză, Spaniolă ROMANIA



proteus spp > 100.000 UFC/ml.
**EKG**: RS, 60/min, without changes in the final stage.\

**RX cord-lung**: without pleurae-lung injuries, interstitial sketching bilaterally accentuated

**Cerebral CT**: without hetero-dense lesions with recent feature supra/infra-tentorial constituted, without intra/peri-cerebral haemorrhagic accumulations, ventricular system normal aspect basic cisternae spaces, non-deviated median structures, incidental – retention cist right-hand side.

**Cerebral MRI DWI sequence** – areas with moderate hyper-intense signal, posterior-inferior left-hand side, tendency to erase of the cortical gyrations, with ischemic appearance recently constituted in the superficial territory of the left-hand side sylvan vascularization.

**Cervical vessels Doppler examination**: *DR*-ACC 93/25 cm/s, IR 0,73, IMT 0,7 mm, ACI 60/19 cm/s, ACE 78/14 cm/s, AV 65/22 cm/s, calibre 3,3 mm, without atheroma plaques at the carotidian level.

**ECG Holter examination**: Sinus rhythm 56b/min extra-systole 0,004 %.

During the period spent in hospital, [the patient] followed a platelet antiaggregant treatment, gastric protective, with statin, hydro-electrolytic re-balancing, antibiotics according to the antibiogram, anxyolitic with favourable evolution.

(Footer, right hand side)
(*Right hand side*) Rectangular stamp (*partially legible*) Doctor Ghelmez Dana, specialist physician neurosurgery, code D03697 (*illegible signature*)

Upon discharge, the patient is cardio-respiratory balanced, with motor deficit of the right-hand side limbs quasi-remitted and speech disorder in remission – executes simple and complex orders, presents anomic elements, walks on her own.

***Recommendations***:

1. Low salt, low fat and low calories diet, adequate hydration 1,5-2 l liquids/day. Smoking is forbidden.
2. Treatment with:
   - Aspirin Cardio 100 mg 1 capsule/day (0-1-0)
   - Atorvastatina 20 mg 1 capsule/day (0-0-1)
   - Ciprofloxacin 500 mg 2 capsules/day (1-0-1) for another 6 days
   - Eubiotic 2 capsules/day (1-0-1) 10 days
   - Bromazepam 1,5 mg 1 capsule/day 0-0-1 for 3-5 days
3. Heart check-up with examination of a potential source of cardio-embolism
4. Returns with the results of the heart check-up investigations for the adjustment of the treatment or to continue the investigations to complete the profile for the thrombophilia.



5. Directly observed territorial and neurologic therapy through the polyclinic and through the family physician.

| Department chief, | Attending physician |
|---|---|
| Doctor POPA CONSTANTIN<br>PRIMARY PHYSICIAN<br>NEUROLOGY | Doctor ANTONESCU GHELMEZ DANA |

(*Right hand side*) Round stamp (*partially legible*) reading "Office of Neurology hospital admission, National Institute of Neurology (*illegible*) Ministry of public health"

(*Right hand side*) Rectangular stamp reading "Doctor Ghelmez Dana, specialist physician neurosurgery, code D03697 (*illegible signature*)"

I, **ENE ANGELA**, sworn translator and interpreter for the foreign languages English and Spanish under Authorization no. **14749/2016**, issued by the Ministry of Justice of Romania, certify the accuracy of the translation from Romanian language to English language, the text presented was fully translated, without omissions, and that, through translation, that the content and meaning of the document has not been distorted.

Subsemnata, **ENE ANGELA**, interpret şi traducător autorizat pentru limbile străine engleză şi spaniolă, în temeiul Autorizaţiei nr. **14749/2016**, eliberată de Ministerul Justiţiei din România, certific exactitatea traducerii efectuate din limba română în limba engleză că textul prezentat a fost tradus complet, fără omisiuni, şi că, prin traducere, înscrisului nu i-au fost denaturate conţinutul şi sensul.

**Sworn translator and interpreter/ Interpret si Traducător Autorizat**

TRADUCĂTOR AUTORIZAT DE MINISTERUL JUSTIŢIEI ENE ANGELA Aut. nr. 1[illegible] Engleză, Spaniolă * ROMÂNIA *

**PROFCONT EXECUTIVE SRL**
**Member of C.E.C.C.A.R. (The Body of Expert and Licensed Accountants of Romania)**
**Reg. No. J40/2813/2016- C.U.I. 35713805**
**Bd. George Cosbuc, Nr. 9, et. 1, ap. 4**
**Sector 4, BUCHAREST**

No. 6 /July 26, 2017

CERTIFICATE

We hereby certify that Mrs. HENAREH STELUTA, domiciled in BUCHAREST, Blv. Libertatii, Nr.12, Bl.113, Sc.3, Etaj 2, AP.51, BUCHAREST, sector 4, personal number (CNP) 2680826451510, holder of Identity Card series RT NR.662338, has been employed with our unit for an unlimited duration, starting from March 11, 2016, holding the position of MANAGER ASSISTANT. During this period of time, the employee did not have any day of medical leave or absence without leave. On June 19, 2017 she suffered a stroke and has been unable to come to work until present.

MANAGER



Henareh Siavosh # 65976-054
United States Penitentiary
3901 Klein BLVD.
Lompoc,CA 93436






RECEIVED
SDNY PRO SE OFFICE
2017 SEP 13 PM 4:00







TO:

United States District Court
Southern District of New York

Honorable Ronald L.Ellis
United States Magistrate Judge

500 Pearl Street
New York,NY 10007

⇔65976-054⇔
U S District Court
US District Court Souther
500 Pearl ST
M.Judge Hon.Ronald L.Elis
NEW YORK, NY 10007
United States

LEGAL MAIL